UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GRACIANO CORPORATION,

        Plaintiff,

v.

JOHN P. PICONE, INC., and
JAMES McCULLAGH CO., INC., trading/doing
business as PICONE/McCULLAGH
JOINT VENTURE, FEDERAL INSURANCE
COMPANY, and LIBERTY MUTUAL
INSURANCE COMPANY,

        Defendants.
------------------------------------------------------------X



RULE 7.1 STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Graciano Corporation (a private non-governmental party) certifies there are no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       August 1, 2008

                                SCHNADER HARRISON SEGAL & LEWIS LLP

                                By:   Benjamin P. Deutsch (BD-5435)
                                140 Broadway, 31st Floor
                                New York, New York 10005
                                Tel. No.: (212) 973-8000
                                Fax No.: (212) 972-8798
                                E-mail: bdeutsch@schnader.com

                                Attorneys for Plaintiff – Graciano Corporation