UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GRACIANO CORPORATION,

          Plaintiff,

v.

JOHN P. PICONE, INC., and
JAMES McCULLAGH CO., INC., trading/doing
business as PICONE/McCULLAGH
JOINT VENTURE, FEDERAL INSURANCE
COMPANY, and LIBERTY MUTUAL
INSURANCE COMPANY,

          Defendants.
-----------------------------------------------------------X

Civil Action No.: 08-CV-6907 (JFK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

    Upon the motion of Benjamin P. Deutsch, attorney for Plaintiff, Graciano Corporation, and Mr. Deutsch's affidavit in support;

    IT IS HEREBY ORDERED that

    Michael G. Bock, Esquire
    Schnader Harrison Segal & Lewis LLP
    120 Fifth Avenue, Suite 2700
    Pittsburgh, PA 15222-3001
    Phone: 412-577-5200
    Facsimile: 412-765-3858
    mbock@schnader.com

is admitted to practice *pro hac vice* as counsel for Plaintiff, Graciano Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
          August __, 2008

                                                United States District Judge

PHDATA 3110478_1