```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

Graciano Corp.

—v—

John P. Picone, Inc.
---------------------------------------X

08 civ 6907 (JFK)

Please be advised that the conference scheduled for  October 7, 2008 has been rescheduled to October 10, 2008 at 10:15 am in Courtroom 20-C.

SO ORDERED.

_____
JOHN F. KEENAN
United States District Judge

Dated: New York, New York
August 22, 2008