

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GRACIANO CORPORATION,

        Plaintiff,

-against-

JOHN P. PICONE, INC., and JAMES
McCULLAGH CO., INC., trading/doing business as
PICONE/McCULLAGH JOINT VENTURE,
FEDERAL INSURANCE COMPANY, and
LIBERTY MUTUAL INSURANCE COMPANY,

        Defendants.

JOHN P. PICONE, INC., JAMES McCULLAGH
CO., INC., and PICONE/McCULLAGH JOINT
VENTURE,

        Third-Party Plaintiffs,

-against-

GREAT AMERICAN INSURANCE COMPANY,

        Third-Party Defendant.

Case No. 08-cv-6907(JFK)(DCF)

ECF Case

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

Hon. Debra Freeman, United States Magistrate Judge:

The following operative dates are hereby set as a part of the Court's case management

plan:

Rule 26(a) disclosures by May 15, 2009.

Initial Interrogatories served by May 29, 2009, and responded to by July 17, 2009.

Initial Document demands served by May 29, 2009, and responded to by July 17, 2009.

Any additional *motions for* joinder of parties by August 14, 2009.

Any amendment *motions for* of the pleadings by August 14, 2009.

Depositions of fact witnesses to be completed by September 30, 2009.

Expert reports in support of any party's affirmative claim(s), by October 30, 2009.

1177280.1

Responsive expert reports by November 30, 2009.

Discovery to be completed by December 15, 2009.

Next conference will be held (by phone) on July 28, 2009 at 10 a.m.

SO ORDERED.

Dated:  5/8/09
New York, New York

United States Magistrate Judge