UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

Graciano Corp

— v —

John Picone

------------------------------------X

08 CIV 6907 (JFK)

Please be advised that the conference scheduled for _September 8, 2009_

has been rescheduled to _October 8, 2009_ at _10:00 a.m._

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

September 8, 2009

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-09